# UNITED STATES DISTRICT COURT
for the
District of Arizona

DOA: 10/14/17

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Carlos Jose Lopez, | ) | Case No. 17-7496 MJ |
| a.k.a.: Francisco Javier Barraza-Juarez, | ) | |
| (A201 153 959) | ) | |
| *Defendant* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 13, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Carlos Jose Lopez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about March 30, 2011, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Brooke T. Afshari

☒ Continued on the attached sheet.

*Complainant's signature*

Gilbert V. Longoria,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 16, 2017

*Judge's signature*

Bridget S. Bade,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Gilbert V. Longoria, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 13, 2017, Carlos Jose Lopez was arrested by the Phoenix Police Department and booked into the Maricopa County Jail (MCJ) on local charges. While incarcerated at the MCJ, Lopez was encountered by ICE Officer J. Neri who determined him to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On October 14, 2017, Lopez was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Lopez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Carlos Jose Lopez to be a citizen of Mexico and a previously deported criminal alien. Lopez was removed from the United States to Mexico at or near Nogales, Arizona, on or about March 30, 2011, pursuant to an order of removal issued by an immigration judge. There is no record of Lopez in any

Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Lopez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Carlos Jose Lopez was convicted of Tampering With a Public Record, a felony offense, on October 2, 2008, in the Superior Court of Arizona, Yavapai County. Lopez was sentenced to eighteen (18) months' probation. Lopez's criminal history was matched to him by electronic fingerprint comparison.

5. On October 14, 2017, Carlos Jose Lopez was advised of his constitutional rights. Lopez freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 13, 2017, Carlos Jose Lopez, an alien, was found in the United States

///

///

///

of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about March 30, 2011, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

Gilbert V. Longoria,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 16th day of October, 2017.

Bridget S. Bade,
United States Magistrate Judge